[No. 19450.  Department Two.  November 30, 1925.]

JOHN WARREN, *Respondent,* v. HENRY A. WAHLERS *et al.,*
*Appellants.*[1]

APPEAL (145)—PRESERVATION OF GROUNDS—EXCEPTIONS—NECESSITY
FOR REVIEW OF FINDINGS.  The evidence will not be reviewed on ap-
peal, where no exceptions were taken to formal findings of fact
signed by the judge and entered of record.

Appeal from a judgment of the superior court for
Thurston county, Wilson, J., entered June 8, 1925, up-
on findings in favor of the plaintiff, in an action to
foreclose a laborer's lien, tried to the court.  Affirmed.

*Vance & Christensen,* for appellants.

*Thos. L. O'Leary,* for respondent.

MITCHELL, J.—This action was brought by John
Warren to recover judgment and foreclose a laborer's
lien on cord wood, cut on the premises of the defendant
Henry A. Wahlers.  There was judgment for the plain-
tiff, as demanded in the complaint.  Defendant Wahlers
has appealed.

Formal findings of fact and conclusions of law were
signed by the trial judge and entered of record in the
case, upon which the judgment was entered.  On the
appeal, no contention is made on behalf of the appellant
that the findings of fact do not sustain the conclusions
and judgment.  An examination of the findings shows
that they do clearly justify and support the conclusions
and judgment.  The argument on behalf of the appel-
lant is that the evidence does not justify or support the
findings.  Counsel for the respondent, by a motion to
strike, objects to any consideration of the statement of
facts for the reason that no exception was taken to any

[1]Reported in 241 Pac. 5.

of the findings of fact. The record does not show that any such exception was taken.

"We have repeatedly held that, where findings of fact are made in an equity case, exceptions must be taken to such findings in order to secure a review of the trial court's conclusions reached therein." *Ready v. McGillivray*, 109 Wash. 387, 186 Pac. 902.

Affirmed.

TOLMAN, C. J., MAIN, PARKER, and MACKINTOSH, JJ., concur.